WMP:WMN:SSS
F. #2015R01435

FILED
CLERK

2015 OCT -2 PM 4: 34

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID GOTTERUP,
    also known as "David Gott," and
JASON GREEN,

                      Defendants.

- - - - - - - - - - - - - X

INDICTMENT

CR 15    498

(T. 18, U.S.C., §§ 981(a)(1)(C), 1028A(a)(1), 1028A(b), 1028A(c)(5), 1040(a), 1040(b)(3), 1341, 1344, 1349, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

**VITALIANO, J.**

**GOLD, M.J.**

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment, unless otherwise indicated:

I.     The Defendants and Relevant Entities

        1.     The defendant DAVID GOTTERUP, a resident of Oceanside, New York, was the owner and operator of various New York registered corporations and limited liability companies in Garden City, New York, West Hempstead, New York, and Floral Park, New York, including, but not limited to, D&M Marketing, LLC, Express Modifications, Inc., Green Group Today, Inc., and True Credit Empire, LLC. Through these corporations and companies, GOTTERUP controlled various other entities that operated under different names, including Express Modifications, Express Home Solutions, The Green Law Group, Inc., and JG Group.

        2.     The defendant JASON GREEN, a resident of Massapequa, New York, owned the TIL Group, Inc., a New York corporation located in Garden City, New York, West

2

Hempstead, New York, and Brooklyn, New York. GREEN also worked at companies owned by GOTTERUP. GREEN operated TIL Group, Inc. under assumed names, including Green Law Group and Green Group.

3. The United States Department of Housing and Urban Development ("HUD") was a department of the Executive branch of the federal government. The mission of HUD was to aid individuals and communities in the development and purchase of affordable housing.

4. The Federal Housing Administration ("FHA") was an agency of HUD. Among other services, FHA guaranteed the repayment of mortgage loans to FHA-approved lending institutions if a borrower defaulted on his or her loan. To qualify for an FHA-insured loan, residential mortgage loan applicants had to meet FHA's guidelines with respect to assets and income and pay a portion of the purchase price of the home as a down payment. FHA required approved lenders to verify each applicant's employment. If an applicant's residential mortgage loan application and supporting documentation (the "Loan Application") demonstrated compliance with FHA's requirements, FHA authorized approved lenders to underwrite and close an FHA-insured loan to that applicant.

5. All American Home Mortgage, LLC, Franklin First Financial, Ltd., Sterling National Mortgage Company Inc., Premium Capital Funding, LLC D/B/A Topdot Mortgage, Wells Fargo, Golden First Mortgage Corp., Real Estate Mortgage Network, and Associated Mortgage Bankers, Inc., were FHA-approved lenders (collectively, the "Lenders") that obtained Loan Applications and underwrote and closed FHA-insured loans. The Lenders sold loans to JP

3

Morgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, Home Bridge Financial Services, and Nationstar.

6. The Emergency Economic Stabilization Act of 2008 created the United States Treasury Department's Troubled Asset Relief Program ("TARP") to restore liquidity and stability to the financial system in the wake of the financial crisis. The United States Congress also enacted programs, such as the Home Affordable Modification Program and Making Home Affordable (collectively, the "government mortgage modification programs"), which were funded through TARP and enforced, in part, by HUD and the Office of the Special Inspector General for TARP. These federal government mortgage modification programs permitted qualified homeowners to obtain mortgage relief. Specifically, the programs sought to prevent foreclosure by modifying troubled loans to achieve monthly payments the homeowners could afford.

7. The government mortgage modification programs' applications were available online and in many local banks. Submitting an application was, by law, free to the homeowner. Pursuant to these programs, only a homeowner's lender could determine the homeowner's eligibility for a modification and, if appropriate, the modified rate and monthly payment for which the homeowner was eligible.

8. The U.S. Small Business Administration ("SBA") was an agency of the federal government that, among other things, assisted individuals to start, build and grow businesses. The SBA also provided low-interest disaster loans to businesses, private non-profit organizations, homeowners, and renters to be used to repair or replace certain items damaged or destroyed in a declared disaster, including real estate and personal property.

II.     The Fraudulent Schemes

   A.   The Mortgage Flip Scheme

   9.   In or about and between 2008 and 2011, the defendant DAVID GOTTERUP, together with others, conspired to defraud the Lenders and FHA by obtaining mortgages on properties located in the Eastern District of New York through fraudulent means, including by falsifying Loan Applications and providing false documentation to support the Loan Applications. The false information in the Loan Applications made the borrowers appear to be more creditworthy than they were to obtain FHA-insured loans. Based on these misrepresentations, GOTTERUP and his co-conspirators fraudulently induced the Lenders to issue mortgage loans secured by, among others, the following properties:

| Property Address | Approximate Loan Date |
| --- | --- |
| 110-30 198th Street, Queens, New York | July 10, 2008 |
| 330 Van Siclen Avenue, Brooklyn, New York | February 3, 2009 |
| 132 E. 95th Street, Brooklyn, New York | July 20, 2009 |
| 1934 Prospect Place, Brooklyn, New York | October 19, 2009 |
| 1934 Prospect Place, Brooklyn, New York | July 23, 2010 |
| 112-32 196th Street, Queens, New York | September 29, 2010 |
| 132-31 219th Street, Queens, New York | January 20, 2011 |
| 330 Van Siclen Avenue, Brooklyn, New York | July 25, 2011 |

   10.   The Lenders initially transmitted the loan proceeds to the closing attorneys' bank accounts by wire transfer. After the closings, the defendant DAVID GOTTERUP and his

5

co-conspirators received a portion of the loan proceeds. In most instances, the mortgage loans provided in connection with these properties are in default status.

B. The Loan Modification Scheme

11. In or about and between 2008 and 2012, the defendants DAVID GOTTERUP and JASON GREEN, together with others, conspired to defraud homeowners who were seeking relief through government mortgage modification programs. Specifically, GOTTERUP and GREEN, together with others, made a series of false and fraudulent representations to convince more than a thousand homeowners (the "Loan Modification Scheme Victims") to pay thousands of dollars each in advance fees to Express Modifications, Express Home Solutions, The Green Law Group, Inc., and JG Group, among other companies. Contrary to their representations, GOTTERUP and GREEN, together with their co-conspirators, performed little or no work in connection with these improperly charged advance fees.

12. In furtherance of the fraudulent scheme, the defendants DAVID GOTTERUP and JASON GREEN, together with others, directed telemarketers and salespeople to contact and convince Loan Modification Scheme Victims to pay advance fees to modify their mortgages by providing them misleading and false information. Among other things, GOTTERUP and GREEN directed telemarketers and salespeople to tell the Loan Modification Scheme Victims that they were "preapproved" for loan modifications and that by hiring the loan modification companies the Loan Modification Scheme Victims were retaining a "law firm" and an "attorney" who would complete the mortgage relief application and negotiate with banks to modify the terms of the mortgages.

13.     In furtherance of the mortgage flip and loan modification fraudulent schemes, the defendant DAVID GOTTERUP used the social security number of another person, whom he knew to be a real person, to finance loans for personal property, to open a bank account in which he deposited checks for the mortgage flip and loan modification schemes, and to register with two check cashing stores where he cashed checks for the loan modification scheme.

C.     The Disaster Loan Fraud Scheme

14.     In or around October 2012, following Hurricane Sandy, the defendant DAVID GOTTERUP applied for a low-interest disaster loan from the SBA. GOTTERUP submitted false information and provided false documentation to the SBA to support his disaster loan application. Based on his misrepresentations, the SBA loaned GOTTERUP $113,900. Specifically, among other things, GOTTERUP stated that he never had other federally guaranteed loans, when, in fact, he had an FHA-insured loan with Golden First Mortgage Company. In addition, GOTTERUP stated that he was not delinquent on his loans or taxes, when, in fact, he was delinquent on them. Also, GOTTERUP stated that he had no judgments or lawsuits pending against him, when, in fact, he had a default judgment and permanent injunction against him since 2011 for loan modification fraud. GOTTERUP used the loan proceeds to pay for personal expenses, including wedding-related expenses in Cancun, Mexico.

COUNT ONE
(Conspiracy to Commit Wire Fraud and Bank Fraud – Mortgage Flip Scheme)

15.     The allegations contained in paragraphs 1 through 10 are realleged and incorporated as if fully set forth herein.

16.     In or about and between July 2008 and November 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant

DAVID GOTTERUP, also known as "David Gott," together with others, did knowingly and intentionally conspire:

(a) to devise a scheme and artifice to defraud the Lenders and FHA, and to obtain money and property from them by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, contrary to Title 18, United States Code, Section 1343; and

(b) to execute a scheme and artifice to defraud All American Home Mortgage, LLC, Franklin First Financial, Ltd., Sterling National Mortgage Company Inc., Real Estate Mortgage Network, Associated Mortgage Bankers, Inc., JP Morgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, Home Bridge Financial Services, and Nationstar, all financial institutions, and to obtain moneys, funds, credits, assets and other property owned by, and under the custody and control of those financial institutions by means of materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

COUNT TWO
(Conspiracy to Commit Mail, Wire and Bank Fraud – Loan Modification Scheme)

17. The allegations contained in paragraphs 1 through 8 and 11 through 13 are realleged and incorporated as if fully set forth herein.

18. On or about and between September 1, 2008, and June 10, 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the

8

defendants DAVID GOTTERUP, also known as "David Gott," and JASON GREEN, together with others, did knowingly and intentionally conspire:

(a) to devise a scheme and artifice to defraud the Loan Modification Scheme Victims and to obtain money and property from them by means of materially false and fraudulent pretenses, representations and promises and, for the purpose of executing such scheme and artifice, to cause to be delivered matter and things by the U.S. Postal Service and other private and commercial interstate carriers according to the direction thereon, contrary to Title 18, United States Code, Section 1341;

(b) to devise a scheme and artifice to defraud the Loan Modification Scheme Victims and to obtain money and property from them by means of materially false and fraudulent pretenses, representations and promises and, for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures and sounds, contrary to Title 18, United States Code, Sections 1343; and

(c) to execute a scheme and artifice to defraud one or more financial institutions and to obtain moneys, funds, credits, assets and other property owned by, and under the custody and control of those financial institutions by means of materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

### COUNTS THREE AND FOUR
(Mail Fraud – Loan Modification Scheme)

19. The allegations contained in paragraphs 1 through 8 and 11 through 13 are realleged and incorporated as if fully set forth herein.

20. In or about and between November 2011 and December 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DAVID GOTTERUP, also known as "David Gott," and JASON GREEN, together with others, did knowingly and intentionally devise a scheme and artifice to defraud the Loan Modification Scheme Victims, and to obtain money and property from the Loan Modification Scheme Victims by means of materially false and fraudulent pretenses, representations and promises.

21. On or about the dates set forth below, for the purpose of executing such scheme and artifice, the defendants DAVID GOTTERUP, also known as "David Gott," and JASON GREEN, together with others, did cause to be delivered by the U.S. Postal Service according to the direction thereon, solicitations for loan modifications as set forth below:

| COUNT | APPROXIMATE DATE OF MAILING | SENDER'S LOCATION | RECIPIENT'S LOCATION |
|---|---|---|---|
| THREE | November 11, 2011 | West Sacramento, California | Staten Island, New York |
| FOUR | December 2, 2011 | West Sacramento, California | Brooklyn, New York |

(Title 18, United States Code, Sections 1341, 2 and 3551 et seq.)

COUNTS FIVE THROUGH NINE
(Bank Fraud – Mortgage Flip Scheme)

22. The allegations contained in paragraphs 1 through 10 are realleged and incorporated as if fully set forth herein.

23. In or about and between July 2009 and November 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVID GOTTERUP, also known as "David Gott," together with others, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud All American Home

Mortgage, LLC, Franklin First Financial, Ltd., Sterling National Mortgage Company Inc., Real Estate Mortgage Network, Associated Mortgage Bankers, Inc., and JP Morgan Chase Bank, N.A., Wells Fargo Bank, N.A., Bank of America, Home Bridge Financial Services, and Nationstar, all financial institutions, and to obtain moneys, funds, credits, assets and other property owned by, and under the custody and control of those financial institutions by means of materially false and fraudulent pretenses, representations and promises.

24. On or about the dates set forth below, for the purpose of executing such scheme and artifice, the defendant DAVID GOTTERUP, also known as "David Gott," together with others, did cause mortgage loan applications to be submitted for the following properties:

| COUNT | PROPERTY ADDRESS | APPROX. LOAN DATE | MORTGAGE LOAN ISSUER | MORTGAGE LOAN OWNER |
|---|---|---|---|---|
| FIVE | 132 E. 95th Street, Brooklyn, New York | 7/20/2009 | Sterling National Mortgage Company Inc. | Wells Fargo Bank, N.A. |
| SIX | 1934 Prospect Place, Brooklyn, New York | 10/19/2009 | All American Home Mortgage, LLC | JP Morgan Chase Bank, N.A. |
| SEVEN | 1934 Prospect Place, Brooklyn, New York | 7/23/2010 | Franklin First Financial, Ltd. | Wells Fargo Bank, N.A. |
| EIGHT | 112-32 196th Street, Queens, New York | 9/29/2010 | Real Estate Mortgage Network | Home Bridge Financial Services |
| NINE | 132-31 219th Street, Queens, New York | 1/20/2011 | Associated Mortgage Bankers, Inc. | Wells Fargo Bank, N.A. |

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

COUNT TEN
(Disaster Loan Fraud)

25. The allegations contained in paragraphs 1 through 14 are realleged and incorporated as if fully set forth herein.

11

26.     On or about and between October 31, 2012 and March 19, 2014, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVID GOTTERUP, also known as "David Gott," together with others, did knowingly and intentionally make materially false, fictitious, and fraudulent statements and representations, and make and use false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and representations to the SBA, in applications for benefits authorized, transmitted, transferred, disbursed, and paid with SBA funds in connection with the Presidential Disaster Declaration for the State of New York (FEMA-4085-DR), effective October 30, 2012, a disaster declaration having been made under the Stafford Act, to wit: GOTTERUP knowingly and fraudulently submitted and caused to be submitted to the SBA an application and supporting documentation that he claimed accurately reported his assets and liabilities and that certified that funds would be used to rehabilitate damages suffered to his house and motor vehicle as a result of Hurricane Sandy; when, as he then and there well knew and believed, the application and supporting documentation contained materially false statements regarding his assets and liabilities and the funds were not used to rehabilitate his house and motor vehicle.

(Title 18, United States Code, Sections 1040(a), 1040(b)(3), 2 and 3551 et seq.)

## COUNT ELEVEN
(Aggravated Identity Theft)

27.     The allegations contained in paragraphs 1 through 14 are realleged and incorporated as if fully set forth herein.

28.     On or about and between June 19, 2011 through July 31, 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVID GOTTERUP, also known as "David Gott," did willfully and knowingly

12

transfer, possess, and use, without lawful authority, a means of identification of other persons, during and in relation to a felony violation enumerated in Section 1028A(c), to wit: GOTTERUP possessed and used a social security number of another person in connection with the wire, bank and mail fraud charged in Counts One through Nine of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028A(c)(5) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNTS ONE THROUGH NINE

29. The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged in Counts One through Nine, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

30. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

13

seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2015R01435
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

DAVID GOTTERUP and JASON GREEN,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 1028A(a)(1), 1028A(b), 1028A(c)(5), 1040(a), 1040(b)(3), 1341, 1344, 1349, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c).)

*A true bill.*

_____ *Foreperson*

*Filed in open court this _____ day,*
*of _____ A.D. 20 ___*

_____ *Clerk*

*Bail, $ _____*

*Sylvia Shweder, Assistant U.S. Attorney (718) 254-6092*